*Motion GRANTED.*
*/s/ Aleta A. Trauger/*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | |
|---|---|
| ELLA MEDLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-00003 |
| SOUTHERN HEALTH PARTNERS, INC., | ) Judge Trauger |
| Defendant. | ) |

## JOINT MOTION FOR *IN CAMERA* REVIEW AND APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT

1. Plaintiff Ella Medley, along with Defendant Southern Health Partners, Inc., respectfully request Court approval of their settlement of Plaintiff's claims brought under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C.. § 201, et seq. The parties hereby move the Court for an order approving their settlement agreement and voluntarily dismissing this action with prejudice. The parties are submitting an unsigned settlement agreement to the Court for *in camera* review.

2. In support of their motion, the parties state as follows: Plaintiff claims Defendant violated the FLSA by failing to pay overtime compensation due under the Act and for retaliation under the FLSA. Although originally pled as a collective action on behalf of other, similarly situated employees, the Court denied Plaintiff's motion for conditional certification.

3. The parties have reached a complete settlement of Plaintiff's claims under the FLSA. It is well-settled that court approval is required of all FLSA claims. *See Simmons v. Mathis Tire & Auto Serv., Inc.*, No. 13-2875-STA-TMP, 2015 WL 5008220, at *1 (W.D. Tenn. Aug. 20, 2015) (citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir.