IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ELLA MEDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-00003 |
| ) | |
| SOUTHERN HEALTH PARTNERS, ) | Judge Trauger |
| INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT
AND DISMISSING CASE WITH PREJUDICE**

The Court has reviewed *in camera* the Confidential Settlement Agreement and General Release entered into by Plaintiff Ella Medley and Defendant Southern Health Partners, Inc. The Court finds this agreement to be a fair and reasonable compromise of the parties' disputed claims. As such, it is therefore **ORDERED** that the Settlement Agreement between the parties is **APPROVED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

Dated this 16th day of October, 2018.

_____
ALETA A. TRAUGER
U.S. District Judge